Certificate Number: 17572-PAM-DE-037888133

Bankruptcy Case Number: 23-02344


17572-PAM-DE-037888133

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2023, at 9:03 o'clock AM PDT, David Mellott completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 27, 2023            By: /s/Maria Heredia

                                  Name: Maria Heredia

                                  Title: Counselor