United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David William Mellott  
    Debtor

Case No. 23-02344-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2024      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David William Mellott, 3924 Pleasant Ridge Rd, Needmore, PA 17238-8954 |
| 5572100 | + | First Natl Bk Of Ameri, Attn: Bankruptcy, 241 E Saginaw St, East Lansing, MI 48823-2753 |
| 5572101 | | Franklin County Medical Associates, Attn: Patient Billing, 415 Limekiln Dr Unit A, Chambersburg, PA 17201-4510 |
| 5572106 | | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 5572108 | | Meritus Health, Attn: Patient Billing, 1116 Medical Campus Rd, Hagerstown, MD 21742 |
| 5572113 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5572116 | | Tristate Surgeons, LLC, Attn: Patient Billing, 1110 Professional Ct Ste 101, Hagerstown, MD 21740-5937 |
| 5572117 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5572098 | | Email/Text: bankruptcy@rentacenter.com | Jan 12 2024 18:43:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5572099 | | Email/Text: ocrimport@arm.bullcityfinancial.com | Jan 12 2024 18:43:00 | Bull City Financial Solutions, Attn: Bankruptcy, 2609 N Duke St Ste 500, Durham, NC 27704-0015 |
| 5572102 | | Email/Text: mcarowick@fcmcpa.org | Jan 12 2024 18:43:00 | Fulton County Medical Center, Attn: Patient Billing, 214 Peach Orchard Rd, Mc Connellsbg, PA 17233-8559 |
| 5572103 | | Email/Text: bankruptcy@glacompany.com | Jan 12 2024 18:43:00 | GLA Collection Company, Inc., Attn: Bankruptcy, 2630 Gleeson Ln, Louisville, KY 40299 |
| 5572104 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jan 12 2024 18:43:00 | Indiana Department of Revenue, Bankruptcy Section, 100 N Senate Ave Stop 108, Indianapolis, IN 46204-2273 |
| 5572105 | | EDI: IRS.COM | Jan 12 2024 23:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5572107 | | Email/Text: bankruptcy@marinerfinance.com | Jan 12 2024 18:43:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5572109 | + | Email/Text: Bankruptcies@nragroup.com | Jan 12 2024 18:43:00 | National Recovery Agency, Attn: Bankruptcy 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5572115 | | Email/Text: INAGBankruptcy@atg.in.gov | Jan 12 2024 18:43:00 | State of Indiana, Office of the Attorney General, 302 W Washington St Rm 5, Indianapolis, IN 46204-4701 |
| 5572111 | | Email/Text: fesbank@attorneygeneral.gov | Jan 12 2024 18:43:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5572112 | | EDI: PENNDEPTREV | Jan 12 2024 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5572112 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2024 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5572114 | ^ | MEBN | | |
| | | | Jan 12 2024 18:37:40 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 5572118 | ^ | MEBN | | |
| | | | Jan 12 2024 18:37:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5572110 | * | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024　　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence V. Young | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Michael A. Cibik | on behalf of Debtor 1 David William Mellott mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | David William Mellott<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9769<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:23–bk–02344–HWV | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David William Mellott

1/12/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**